IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MOHAMMED ABDULLAH )
TAHA MATTAN )
(ABDAL RAZAK ALI) (ISN 685), )
)
Petitioner, )
)
v. ) Civil Action No. 09-CV-0745 (RCL)
)
BARACK H. OBAMA, )
President of the United States, *et al.,* )
Respondents. )
_____ )

ORDER

Upon consideration of Respondents' Motion for an Extension of Times,

IT IS HEREBY ORDERED that Respondents shall have until February 22, 2010 within
which to respond to Petitioner's Motion for Recusal Pursuant to 28 U.S.C. Section
455(a).

SO ORDERED.

February 16, 2010

_____/s/_____
Royce C. Lamberth, District Judge